TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Michigan Consumer Credit Lawyers
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Nick and Elizabeth Spanovich*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nick and Elizabeth Spanovich, <br><br> Plaintiffs, <br><br> vs. <br><br> Experian Information Solutions, Inc., et al., <br><br> Defendants. | Case No.: 2:16-cv-01060-DGC <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO EQUIFAX INFORMATION SERVICES, LLC, ONLY** |

Plaintiff, through counsel undersigned, hereby dismisses the within action against Equifax Information Services, LLC, with prejudice and without costs to either party.

1

1
2
3  DATED: July 29, 2016				KENT LAW OFFICES
4
5						By: ___/s/   *Trinette G. Kent*_____
6						Trinette G. Kent
						Attorneys for Plaintiffs,
7						Nick and Elizabeth Spanovich
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28