IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nick and Elizabeth Spanovich,<br><br>Plaintiffs,<br><br>vs.<br><br>Experian Information Solutions, Inc., et al.,<br><br>Defendants. | Case No. CV16-01060-PHX DGC<br><br>**ORDER** |

The Court has considered the parties' Stipulation of Dismissal of BMO Harris Bank, N.A.  Doc. 53.

**IT IS ORDERED** that the stipulation of dismissal (Doc. 53) is **granted.**  The above-captioned action be dismissed, with prejudice, against Defendant BMO Harris Bank, N.A., only, with each party to bear its own attorneys' fees and costs.

Dated this 5th day of December, 2016.

_David G. Campbell_
David G. Campbell
United States District Judge

1